JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL, INC.

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
DATED: 10/27/2015

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| MARY ANN INGRAM,<br><br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; SEVENTH, AVE.; ALLY FINANCIAL, INC.; ASHRO, INC.; GOLDEN 1 CREDIT UNION; PATIENT ACCOUNTING SERVICE CENTER, LLC AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>        Defendant. | Case No. 15-cv-04327-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ALLY FINANCIAL, INC. TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff MARY INGRAM ("Plaintiff") and defendant ALLY FINANCIAL, INC. ("Defendant") hereby stipulate as follows:

### **RECITALS**

1.   Plaintiff filed this action against Defendant in the Superior Court of California, County of Santa Clara on September 15, 2015 and served Defendant on September 28, 2015. Defendant's initial deadline to respond to the Complaint was October 28, 2015. This action was removed to this Court on September 22, 2015.

1     2.    Plaintiff has agreed to extend the time for Defendant to respond to the Complaint up to and including December 15, 2015, so that Defendant may have additional time to investigate this matter and the parties may explore the possibility of settlement.

    3.    This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

    THEREFORE, the parties stipulate as follows:

## **STIPULATION**

    1.    The deadline for Defendant to respond to the Complaint shall be continued to December 15, 2015.

    2.    This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED:  October 26, 2015    SAGARIA LAW, P.C.

By:   */s/ Elliot W. Gale*
      Elliot W. Gale

Attorneys for Plaintiff
MARY INGRAM

DATED:  October 26, 2015    SEVERSON & WERSON
A Professional Corporation

By:   */s/ Alisa A. Givental*
      Alisa A. Givental

Attorneys for Defendant
ALLY FINANCIAL, INC.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Elliot W. Gale has concurred in this filing. */s/ Alisa A. Givental*