1   Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
2   Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
3   2033 Gateway Place, 5th Floor
    San Jose, California 95110
4   Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
5
    Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12   MARY INGRAM,                              Federal Case No.: 5:15-CV-04327-EJD

              Plaintiff,                       **PLAINTIFF'S NOTICE OF VOLUNTARY
13                                             DISMISSAL OF DEFENDANT PATIENT
          vs.                                  ACCOUNTING SERVICE CENTER, LLC
14                                             PURSUANT TO FEDERAL RULE OF
     EXPERIAN INFORMATION SOLUTIONS,           CIVIL PROCEDURE 41(A)(1)**
15   INC.; et. al.,

16            Defendants.

17

18

19   **PLEASE TAKE NOTICE** that Plaintiff Mary Ingram, pursuant to Federal Rule of Civil

20   Procedure 41(a)(1), hereby voluntarily dismisses Defendant Patient Accounting Service Center,

21   LLC as to all claims in this action.

22        Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23        41(a) Voluntary Dismissal

24        (1) By the Plaintiff

25             (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26                 applicable federal statute, the plaintiff may dismiss an action without a court

27                 order by filing:

28

                                               1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATIENT ACCOUNTING SERVICE
                                  CENTER, LLC

1          (1) a notice of dismissal before the opposing party serves either an answer

2                   or a motion for summary judgment.

3          Defendant Patient Accounting Service Center, LLC has neither answered Plaintiff's

4     Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed

5     against it for all purposes and without an Order of the Court.

6

7     Dated: December 2, 2015                                    Sagaria Law, P.C.

8
                                              By:   _____/s/ Elliot W. Gale_____
9                                                        Elliot W. Gale
                                              Attorneys for Plaintiff
10                                            Mary Ingram

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PATIENT ACCOUNTING SERVICE CENTER, LLC