UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY INGRAM,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 5:15-cv-04327-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having reviewed Plaintiff's Case Management Conference Statement (Dkt. No. 48), the court orders as follows:

1. Plaintiff shall request the clerk enter the default of The Golden 1 Credit Union on or before **April 8, 2016**;

2. The Case Management Conference scheduled for April 7, 2016, is CONTINUED to **10:00 a.m. on May 5, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **April 28, 2016.**

**IT IS SO ORDERED.**

Dated: April 1, 2016

                                    EDWARD J. DAVILA
                                    United States District Judge