UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY INGRAM,<br>　　　　Plaintiff,<br>　v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>　　　　Defendants. | Case No.  5:15-cv-04327-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 57), the court orders as follows:

1.　The court notes that the Clerk entered the default of the The Golden 1 Credit Union on April 14, 2016.  Dkt. No. 53.  Accordingly, Plaintiff shall file a motion for default judgment as to the The Golden 1 Credit Union on or before **May 30, 2016**, unless a stipulation to set aside the default is filed before that time.  The court schedules a hearing on the anticipated motion for default judgment for **9:00 a.m. on July 14, 2016.**

2.　The Case Management Conference scheduled for May 5, 2016, is CONTINUED **10:00 a.m. on June 16, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **June 9, 2016.**  The motion to appear by telephone (Dkt. No. 55) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  April 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
EDWARD J. DAVILA
United States District Judge