UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY INGRAM,<br><br>        Plaintiff,<br><br>   v.<br><br>GOLDEN 1 CREDIT UNION,<br><br>        Defendant. | Case No. 5:15-cv-04327-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

    Having reviewed the parties' joint statement (Dkt. No. 66) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on September 1, 2016**. On or before **August 25, 2016**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and the amount of additional time necessary to finalize and file a dismissal.

    The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal is filed on or before **August 25, 2016.**

    **IT IS SO ORDERED.**

Dated: July 29, 2016

                                                        _____
                                                        EDWARD J. DAVILA
                                                        United States District Judge